# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| v. | ) ) | |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 90 be stricken from the record for the following reason:

- PDF document should have been attached to filing number 89 as Exhibit 7A and not filed as a separate document.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 90 from the record.

DATED this 15th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge