IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOUELLA ROLLINS, | ) ) | |
| Plaintiff - Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Motion to Quash or Modify Proposed Subpoena of Rollins' Financial and Personnel Records or Alternative Motion for Protective Order (Filing No. 106) filed by the plaintiff Equal Employment Opportunity commission and the plaintiff-intervenor Louella Rollins. The movants attached to the motion a copy of the defendant's Notice of Intent to Serve Subpoenas Duces Tecum (Filing No. 106, Ex. A) challenged by the movants. Upon consideration,

**IT IS ORDERED:**

The defendant shall withhold issuance of subpoenas until the court rules on the pending Joint Motion to Quash or Modify Proposed Subpoena of Rollins' Financial and Personnel Records or Alternative Motion for Protective Order (Filing No. 106). Any person served with a subpoena ordered to be withheld need not comply with such subpoena until further order of the court.

DATED this 25th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge