# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOUELLA ROLLINS, | ) ) | |
| Plaintiff - Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Notice of Rollins' Bankruptcy Filing Relating to Defendant Woodmen's Motions to Compel Arbitration (Filing No. 105) filed by the plaintiff Equal Employment Opportunity Commission and the plaintiff-intervenor Louella Rollins, but based on the bankruptcy filing of Louella Rollins. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 1st day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge