IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOUELLA ROLLINS, | ) ) | |
| Plaintiff - Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendant. | ) | |

These matters are before the court on the Joint Motion for Reconsideration of September 1, 2005 Order of Magistrate Judge Thalken (Filing No. 110) of the plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenor Louella Rollins, and the defendant's Motion for Extension of Time (Filing No. 111). This case was terminated and referred to the United States Bankruptcy Court for the District of Nebraska by the court's September 1, 2005 Order (Filing No. 109). Upon consideration,

**IT IS ORDERED:**

The Joint Motion for Reconsideration of September 1, 2005 Order of Magistrate Judge Thalken (Filing No. 110) is stricken, and the Motion for Extension of Time (Filing No. 111) is stricken, subject to filing with the United States Bankruptcy Court for the District of Nebraska.

DATED this 16th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge