IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT, OPPORTUNITY COMMISSION, | ) ) ) | 8:03CV165 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY AND/OR OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) ) | |
| LOUELLA ROLLINS, | ) ) | |
| Interveror/ Cross-Plaintiff | ) ) ) | |
| v. | ) ) | |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY AND/OR OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) ) | |
| Cross-Defendant. | ) | |

Before the court is the Joint Motion of EEOC and Louella Rollins for Extension of Time in which to File Report Regarding Bankruptcy Court Order (Filing No. 123). After considering the matter,

IT IS ORDERED that EEOC and Louella Rollins are granted an extension of time up to and including January 9, 2006, in which to file their joint report of the court regarding the stipulated order of the Bankruptcy Court.

DATED this 27th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge