UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>    LOUELLA M. ROLLINS<br>    a/k/a Lou M. Rollins,<br>        Debtor<br><br>WOODMEN OF THE WORLD<br>LIFE INSURANCE SOCIETY and/or<br>OMAHA WOODMEN LIFE<br>INSURANCE SOCIEITY<br>        Movant,<br>v.<br><br>LOUELLA M. ROLLINS<br>CHARLES J DeHART III, TRUSTEE<br>        Respondent(s). | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 13<br><br>Case No. 1-05-bk-04445 (MDF) |

## STIPULATED ORDER

Upon consideration of the *Motion for Determination That The Stay Does Not Apply Or, In the Alternative, For Relief From The Automatic Stay Under Section 362(d)(1) Of The Bankruptcy Code To The Extent Necessary To Permit Its Defense Of An Action Prosecuted By The Debtor* [Docket Item 5] ("Stay Motion") and the *Motion For Order Determining the Scope of the Automatic Stay or, Alternatively, Annulling the Stay* [D.I. 23] ("Annul Motion", and together with the Stay Motion, "Motions"), and consideration of all objections and responses thereto, and the contentions of the parties at the hearing on the above matters, it is hereby

ORDERED that the Automatic Stay of 11 U.S.C. § 362, to the extent that it is later judicially determined by the Nebraska District Court to apply, is hereby modified with regard to that certain Title VII Action captioned *Equal Employment Opportunity Commission, Plaintiff, Louella Rollins, Plaintiff-Intervenor v. Woodmen of the World Life Ins. Society and/or Omaha Life Ins., Defendant*, Case No. 8:03-CV165 ("Nebraska Action"), to the extent necessary for the

parties thereto to litigate their respective claims and defenses to the full extent permitted under applicable law, the Federal Rules of Civil Procedure, the Federal Rules of Appellate Procedure, and any applicable local rules; and it is further

ORDERED that this Court shall defer to the determinations of the Nebraska District Court with regard to the following issues, and the automatic stay, if determined to be applicable in the first instance, is hereby modified to the extent necessary for the Nebraska District Court to make such determinations:

(a). whether the automatic stay applied to the Nebraska Action or the parties thereto, in the first instance;

(b). the scope and effect of the automatic stay on the Nebraska Action or the parties thereto, if applicable;

(c). the effect of the automatic stay, if any, upon pleadings filed, actions taken, and Orders entered by the Nebraska District Court in the Nebraska Action subsequent to the date that Debtor filed her Chapter 7 Voluntary Petition in this case; and

(d). matters involving standing of the respective parties subsequent to the date that Debtor filed her Chapter 7 Voluntary Petition in this case; and it is further

ORDERED that nothing herein shall be construed as prejudicial to the arguments presented by either party in the Nebraska District Court regarding matters involving the automatic stay, including the application, scope, or effect of same.

By the Court,

*[signature]*
Bankruptcy Judge  (JK)

Dated: December 16, 2005

*This electronic order is signed and filed on the same date.*