IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOU ROLLINS, | ) ) | |
| Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE, INSURANCE SOCIETY and/or OMAHA, WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of Joseph H. Mitchell and Nelson G. Alston (Filing No. 176) as counsel for the EEOC.  The motion states these attorneys are no longer with the Denver Field Office of the EEOC.  Other counsel continues to represent the EEOC.  The court finds good cause shown for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1.  The motion for leave to withdraw of Joseph H. Mitchell and Nelson G. Alston (Filing No. 176) as counsel for the plaintiff is granted.

2.  The Clerk of Court shall stop all electronic notices for this case to Joseph H. Mitchell and Nelson G. Alston.

DATED this 4th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge