IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) |
| Plaintiff, | ) )    8:03CV165 |
| LOU ROLLINS, | ) ) ) |
| Intervenor, | ) ) |
| vs. | ) )    ORDER |
| WOODMEN OF THE WORLD LIFE, INSURANCE SOCIETY and/or OMAHA, WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) |
| Defendants. | ) |

This matter is before the court on the motions for leave to withdraw of Kim Rogers, Lynn Palma and Ann L. Fuller (Filing Nos. 178, 179 and 180) as counsel for the EEOC. The motion states these attorneys are no longer assigned to this case. Other counsel continues to represent the EEOC. The court finds good cause shown for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motions for leave to withdraw of Kim Rogers, Lynn Palma and Ann L. Fuller (Filing Nos. 178, 179 and 180) as counsel for the plaintiff is granted.

2. The Clerk of Court shall stop all electronic notices for this case to Kim Rogers, Lynn Palma and Ann L. Fuller.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge