IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOUELLA ROLLINS, | ) ) | |
| Plaintiff - Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion to Compel Production of Information Improperly Withheld as Privileged (Filing No. 190). The parties dispute whether certain document are privileged pursuant to the attorney-work product and attorney-client privileges. Specifically, the dispute relates to Document Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 23, 25, 26, 27, 32, 33, and 35, listed on the defendant's privilege log. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Compel Production of Information Improperly Withheld as Privileged (Filing No. 190) is held in abeyance pending submission of the disputed documents for *in camera* inspection.

2. The defendant shall have to **on or before March 19, 2007**, to submit copies of the subject documents under seal to chambers for the undersigned magistrate judge. Absent compliance with this order, the plaintiffs' motion will be granted.

DATED this 13th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge