## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                    )
                               )
                Plaintiff,     )          8:03CV165
                               )
LOU ROLLINS,                   )
                               )
                Intervenor,    )
                               )
          vs.                  )          ORDER
                               )
WOODMEN OF THE WORLD LIFE,     )
INSURANCE SOCIETY and/or OMAHA, )
WOODMEN LIFE INSURANCE SOCIETY, )
                               )
                Defendants.    )

This matter is before the court on the motion for leave to withdraw of Anjuli Kelotra as counsel for the plaintiff Equal Employment Opportunity Commission (Filing No. 224). The court finds Ms. Kelotra has shown good cause for her withdrawal as required under NEGenR 1.3(f). The plaintiff continues to be represented by other counsel. Upon consideration,

**IT IS ORDERED:**

1.      The motion for leave to withdraw of Anjuli Kelotra as counsel for the plaintiff (Filing No. 224) is granted.

2.      The Clerk of Court shall stop all electronic notices to Anjuli Kelotra regarding this case.

DATED this 16th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge