IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV165 |
| LOUELLA ROLLINS, | ) ) ) | |
| Plaintiff - Intervenor, | ) ) | |
| vs. | ) ) | ORDER |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after notice by counsel for the defendant that the parties have reached a tentative agreement for the settlement of the dispute. Counsel seeks a fifteen-day stay of all discovery deadlines, all hearing dates, and all other deadlines in this action so that the parties can work through the details of the settlement. Upon consideration,

**IT IS ORDERED:**

1. The parties request is granted.

2. All discovery deadlines, hearing dates, and all other deadlines in this action are stayed for a period of fifteen days. The status telephone conference scheduled for April 13, 2007, is cancelled.

3. Counsel shall file a joint status report concerning the status of this case on **April 23, 2007,** such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 6th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge