IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>and<br><br>LUELLA ROLLINS,<br><br>        Plaintiff-Intervenor<br>v.<br><br>WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY and/or OMAHA WOODMEN LIFE INSURANCE SOCIETY,<br><br>        Defendant. | Case No. 8:03CV165 |

### ORDER

The Parties having filed a Joint Motion for Dismissal with Prejudice on July 18, 2007, pursuant to the Settlement Agreement entered into by and between the Parties,

IT IS HEREBY ORDERED:

1. The case is dismissed with prejudice;

2. Each Party shall bear its own costs and attorneys fees in accordance with paragraph 8 of the Parties' Settlement Agreement; and

3. This Court shall retain jurisdiction for purposes of enforcing the Settlement Agreement.

IT IS SO ORDERED.

Date: July 24, 2007                                                                  /s Joseph F. Bataillon
                                                                                          Hon. Joseph Bataillon
                                                                                          United States District Judge